20-0259

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>George Limberiou<br><br>Debtor(s)<br>BAYVIEW LOAN SERVICING, LLC<br><br>Movant<br>v.<br>George Limberiou<br>and<br><br>United States Trustee<br>Dave Adams, Esquire<br><br>Respondents | 20-10778 PMM<br><br>Chapter 11 Proceeding |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

BAYVIEW LOAN SERVICING, LLC has filed a Joinder to the US Trustee's motion to dismiss, alternatively, motion for relief from the automatic stay with the court to permit BAYVIEW LOAN SERVICING, LLC to foreclose on 2017 Bernville Road, Reading, PA 19601.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **07/02/2020,** you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at:  United States Bankruptcy Clerk, United States Bankruptcy Court, 201 Penn Street, Room 103, The Gateway Building, Reading, PA 19301.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

                           Jill Manuel-Coughlin, Esquire
                           POWERS KIRN, LLC
                           Eight Neshaminy Interplex, Suite 215
                           Trevose, PA 19053
                           Telephone: 215-942-2090
                           Facsimile: 215-942-8661

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **July 7, 2020** at **11:00 a.m.** in Courtroom 1, United States Bankruptcy Court, 201 Penn Street, Room 103, The Gateway Building, Reading, PA 19301..

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy

from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:    06/23/2020