IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GEORGE LIMBERIOU, | : | BANKR.NO. 20-10778-pmm |
| | : | |
| Debtor. | : | |

**JUDGMENT AGAINST DEBTOR
AND ORDER DISMISSING CASE**

AND NOW, this __7th__ day of July, 2020, upon consideration of the U. S. trustee's Motion to Dismiss, and his request for entry of a judgment against the Debtor for all unpaid fees pursuant to 28 U.S.C. § 1930(a)(6), and the Debtor's response, if any, it is now, therefore,

ORDERED as follows:

Judgment is hereby entered in favor of the United States trustee against the Debtor in the principal sum of $__975.00__, plus applicable interest, if any, being the actual or minimum amount of the accrued but unpaid fees to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER ORDERED that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_/s/ Patricia M. Mayer_
Honorable Patricia M. Mayer
United States Bankruptcy Judge